## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Special Agent David J. Desy, being duly sworn and deposed, states as follows:

## INTRODUCTION

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since March of 2004.  I am currently assigned to Norfolk Field Office's Child Exploitation Task Force.  While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have gained experience through training in forensic software/hardware, child/adolescent interviewing, computer design and networking, computer intrusion investigations, asset forfeiture, informant development, surveillance, case management, victim advocacy and everyday work relating to conducting these types of investigations.  I have received training in the areas of child pornography (CP) and child exploitation (CE).  As such, I have had the opportunity to observe and review numerous examples of CP (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.  I have also received training and conducted investigations involving multiple peer-to-peer networks, including Freenet, the Darkweb, The Onion Router (TOR), and other online methods of distributing and receiving CP.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252 and 2252A.  I am authorized by law to request a search warrant and have obtained and participated in the execution of numerous search warrants resulting in the seizure of computers, electronic media, and other items evidencing violations of state and federal laws including the above CE offenses.

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.      This affidavit is being made in support of a criminal complaint and application for an arrest warrant for **DUSTIN HARRELL** who is suspected of violating 18 U.S.C. § 2252(a)(2) (receipt and distribution of child pornography) and 18 U.S.C. §§ 2252(a)(4)(B) (possession of child pornography); offenses which occurred in the Eastern District of Virginia and elsewhere.

## BACKGROUND OF THE INVESTIGATIVE TEAM

4.      This ongoing investigation is being conducted by the FBI and Virginia Beach Police Department (VBPD).  The respective agents and investigators assigned to this investigation are hereinafter referred to as "the investigative team."  The statements in this affidavit are based in part on my investigation of this matter and on information provided by other law enforcement agents.

## PERTINENT FEDERAL CRIMINAL STATUTES

5.      This Court has jurisdiction to issue the requested warrant pursuant to 18 U.S.C. § 2703(a), (b)(1)(A), and (c)(1)(A) as a "court of competent jurisdiction." 18 U.S.C. § 2711(3)(A)(i).

6.      18 U.S.C. § 2252(a)(4)(B) prohibits a person from knowingly possessing, or knowingly accessing with intent to view, one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer.

7.      18 U.S.C. § 2252(a)(4)(B) prohibits a person from knowingly possessing, or knowingly accessing with intent to view, one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer.

## BASIS FOR FACTS CONTAINED IN AFFIDAVIT

8.      Since this affidavit is being submitted only for the limited purpose of securing authorization for a criminal complaint and arrest warrant, your affiant has not included each and every fact known to the investigative team concerning this investigation.  Rather, your affiant has set forth only those facts that are believed to be necessary to establish probable cause to arrest the aforementioned individuals.

9.      Your affiant has personally participated in the investigation of the offenses described in this affidavit.  As a result of your affiant's participation in this investigation and a review of reports made to your affiant by other members of the investigative team, your affiant is familiar with the circumstances of this investigation.  On the basis of this familiarity, and on the basis of the other information which I have reviewed and determined to be reliable, your affiant alleges the following:

## FACTS AND CIRCUMSTANCES

10.      Based on the facts set out in this affidavit, there is probable cause to believe that **DUSTIN HARRELL** distributed child pornography on or about October 12, 2023, and accessed with intent to view child pornography from on or about April 28 2023, to January 3, 2024.

11.      On 10/23/2023, FBI Norfolk received information from FBI Birmingham regarding Signal User: Dylan +1 [         ], distributing one video of Child Pornography (CP) in a private Signal group.  Signal is a free messaging app with end-to-end encryption that keeps communications private.  It can be used to send texts, voice messages, photos, videos, or files for free.  It can be used for voice calls or group chats with up to 1000 people.

12.      On 10/12/2023, an FBI Birmingham Online Covert Employee (OCE) accessed a private Signal Channel with a title noting it is associated with "torturing" young girls that had around

2

160 members at that time. The OCE observed on 10/12/2023, at or around 1:48 PM, Signal User: "Dylan +1 ▮▮▮▮▮▮▮▮" shared a link to a Mega.nz account to the public chat within this private channel. Clicking the link allowed any user to download one CP video. The OCE clicked on this link which contained the video file described as follows:

> File name: A3D06994-8D66-4996-84B5-E285A0B32B73.mp4
> File length: Approximately 1 minute
> File Description: The video depicted a semi-nude adult male lying next to a newborn baby on the bed. The male's penis is erect and exposed. The male begins to forcefully stick his penis in the newborn's mouth and proceeds to violently insert his penis back and forth in the newborn's mouth. The newborn baby is screaming.

13.    On 10/24/2023, the affiant received a copy of the video from FBI Birmingham and verified the accuracy of the above details.

14.    10/12/2023, FBI Birmingham requested the assistance of Mega.nz regarding the subscriber information associated with this Mega account which was hosting the CP video. Mega's response included the following information:

> Email: ▮▮▮▮▮▮▮@gmail.com (**ACCOUNT 1**)
> Old Email: ▮▮▮▮▮▮▮@gmail.com (**ACCOUNT 2**)
> IP Address during creation: 216.54.73.164:17871
> Creation Time Stamp: April 27, 2023, 12:45:27 PM UTC

15.    Subpoena results from Cox Communications received on 11/29/2023 identified that the above IP Address resolved to the Woodspring Suites hotel, ▮▮▮▮▮▮▮▮, Virginia Beach, VA 23462.

16.    The telephone number associated with the suspect Signal account, ending in 0053 resolved to Verizon. Subpoena results from Verizon received 11/4/2023 identified that this number further resolved to Tracfone.

17.    Subpoena results received from Tracfone on 11/20/2023 did not provide any information useful in identifying the owner of this telephone or the user of the suspect Signal account.

18.    On 12/6/2023, internet research identified a Cash App account for the phone number ending in 0053. This account is associated with "**DUSTIN HARRELL**". Law Enforcement database information identified the following person of interest:

> Name: Dustin Roy Harrell
> Date of Birth (DOB): ▮▮▮▮▮▮▮
> Address: ▮▮▮▮▮▮▮, Virginia Beach, Virginia 23464
> Mother's Name: ▮▮▮▮▮▮▮

19.    Subpoena results from Google for the two email **ACCOUNTS** were received on 11/30/2023. The results for **ACCOUNT 1** include Name/Given Name: Mr.Ròy, which is noted to be Dustin Harrell's middle name. The birthday associated with this account owner is ▮▮▮▮ ▮▮▮, which is noted to be Harrell's DOB. The recovery SMS associated with this account is the suspect telephone number ending in 0053. The Recipient Name associated with this account: ▮▮▮▮▮▮▮ is noted to be Harrell's mother's name. There were over 280 logins and logouts to this account from IP Address: 216.54.73.164 between 4/28/2023 and 8/6/2023. This

3

IP Address was previously identified as belonging to the Woodspring Suites hotel in Virginia Beach, VA. This account was created on 4/28/2023. The results for **ACCOUNT 2** included the same DOB, Recovery SMS, and Recipient Name. There were also 140 logins from IP Address: 216.54.73.164 between 9/29/2022 and 4/27/2023. This account was created on 4/26/2022.

20.     On 1/3/2024, the affiant obtained a search warrant in the Eastern District of Virginia authorizing the search of these two Google email **ACCOUNTS** ▮▮▮▮▮▮▮ @gmail.com and ▮▮▮▮▮▮▮ @gmail.com). On 1/8/2024, the affiant received account data from Google for both **ACCOUNTS**.

21.     A review of account data for **ACCOUNT 1** noted two copies of the CP video described above that was distributed via the Mega.nz link, plus over a dozen additional CP videos and images. An example of one of the CP videos is described as follows:

File name: DACAEBC1-3308…20pu.mp4

File length: 24 seconds

File Description: The video depicted a nude black female toddler, approximately one year old, laying on the chest of an adult white male with a dark blanket between them. Both hands of the adult white male are seen inserting his one finger into the child's vagina repeatedly and rubbing her face as the child screams and cries. One other person's hand can also be seen briefly in the video. The adult white male can be heard telling the child that "It's ok" and soothing her as he touches her.

22.     Additional relevant information noted in **ACCOUNT 1** include dozens of images of **DUSTIN HARRELL**, both clothed and nude, including numerous images and videos of him masturbating. At times he is masturbating with his phone on the table in front of him, displaying the images of different juvenile females faces on the phone. The account also has additional images of these different juvenile females that based on the file name appear to have been downloaded from Facebook. There are also multiple disturbing images of slogans to include one that displays: I "heart emoji" CP and another that displays I "heart emoji" incest. In addition to the CP videos and images there are also child erotica, child exploitive computer-generated imagery (CGI), and age-difficult images and videos. There are two copies of **DUSTIN HARRELL**'s resume, one of which lists his telephone number as the phone number ending in 0053. There is an image of **HARRELL's** mother's Navy Federal credit card. There is also an image of **DUSTIN HARRELL**'s Virginia Driver's License, which had an expiration date of 5/9/2023.

23.     A review of account data for **ACCOUNT 2** noted many of the exact same files to include dozens of clothed and nude images and videos of **DUSTIN HARRELL** including ones of him masturbating above his phone as it displays an image of different juvenile females, images and videos of CP, the same disturbing slogan image: I "heart emoji" CP, pictures of the same juvenile females, ▮▮▮▮▮▮▮ 's credit card, and a copy of **DUSTIN HARRELL**'s resume listing the same telephone number ending in 0053. This account also contains a copy of the video that was posted on Mega.nz depicting the adult male inserting his penis into the infant's mouth. There are also four screenshot images that **DUSTIN HARRELL** appears to have made from that video. Two of these images are zoomed in on the child's head and two are zoomed out.

4

24.     On 1/26/2024, the affiant served a subpoena to the manager at the Woodspring Suites hotel, ▓▓▓▓▓▓▓▓▓, Virginia Beach, VA 23462 for records related to **DUSTIN HARRELL** and his mother.

25.     On 1/29/2024, the affiant returned to the Woodspring Suites and met with the manager again.  The manager printed a copy of the room portfolio for room ▓▓, which she knows **HARRELL**'s mother has been staying.  These records show that the room is reserved under a name different from **HARRELL**'s and his mother's and that they have been staying in this room since 9/16/2022.  The portfolio also lists the guests address as an address in Virginia Beach, VA 23464, which the affiant knows is the most recent address for **DUSTIN HARRELL** and his mother that isn't an extended stay hotel.  The manager then offered to have a hotel maintenance person go to room where **DUSTIN HARRELL** is staying under the ruse of checking the smoke detectors to see who was there.  The maintenance person reported the **DUSTIN HARRELL** answered the door but said the maintenance person could not enter because his mother was sleeping.

## CONCLUSION

26.     Based on the information contained herein, I submit that there is probable cause to believe that on from on or about October 12, 2023, HARRELL committed a violation of 18 U.S.C. § 2252(a)(2) and that from April 28, 2023 to January 3, 2024, HARRELL committed a violation of 18 U.S.C. § 2252(a)(4)(B)

FURTHER YOUR AFFIANT SAYETH NOT.

---

David J. Desy, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me
On this _____ day of February 2024

---

United States Magistrate Judge
Norfolk, Virginia

5