```
                                                        FILED
                                                   IN OPEN COURT

                                                   APR - 9 2024

                                              CLERK, U.S. DISTRICT COURT
                                                   NORFOLK, VA
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                       Case No. 2:24-cr-19

DUSTIN HARRELL,

Defendant.

## STATEMENT OF FACTS

The United States and, DUSTIN HARRELL (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.     On October 12, 2023, FBI Norfolk received information from FBI Birmingham regarding Signal User: Dylan +1 ***-***-0053, distributing one video of the visual depiction of minors engaging in sexually explicit conduct (aka child sexual abuse material or CSAM) in a private Signal group.  Signal is a free messaging app with end-to-end encryption that keeps communications private.  It can be used to send texts, voice messages, photos, videos, or files for free.

2.     The Signal application necessarily uses the Internet.  As such, the defendant distributed the video via the Internet, which is an interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

3.     On October 12, 2023, an FBI Birmingham Online Covert Employee (OCE) accessed a private Signal "channel."  The OCE observed on October 12, 2023, at or around 1:48 PM, Signal User: "Dylan +1 ***-***-0053" shared a link to a Mega.nz account to the public chat

1

within this private channel.  Clicking the link allowed any user to download one CSAM video. The OCE clicked on this link which contained the video file described as follows:

File name: A3D06994-8D66-4996-84B5-E285A0B32B73.mp4
File length: Approximately 1 minute
File Description: The video depicted a semi-nude adult male lying next to a newborn baby on the bed. The male's penis is erect and exposed. The male begins to forcefully stick his penis in the newborn's mouth and proceeds to insert his penis back and forth in the newborn's mouth. The newborn baby is screaming.

4.      The defendant was the sole user and operator of the Signal account "Dylan +1 ***-***-0053" and it was operated by him at all relevant times.

5.      On October 12, 2023, FBI Birmingham requested the assistance of Mega.nz regarding the subscriber information associated with this Mega account which was hosting the above-referenced CSAM video.  Mega provided that the Mega account was associated with :

Email: dharrell****@gmail.com
Old Email: ryderdylan***@gmail.com
IP Address during creation: 216.54.73.164:17871
Creation Time Stamp: April 27, 2023, 12:45:27 PM UTC

6.      The IP Address provided by Mega was assigned to Cox Communications.  Cox Communications provided that the above IP Address resolved to a specific hotel in Virginia Beach, VA (the "Virginia Beach Hotel").

7.      Virginia Beach is within the Eastern District of Virginia.

8.      Subpoena results from Google for the two email addresses associated with the Mega.nz account referenced above were received on November 30, 2023.  The Google results for dharrell****@gmail.com include "Name/Given Name: Mr.Ròy," which is noted to be Dustin Harrell's middle name.  The birthday associated with this account owner is defendant's date of birth.  The recovery SMS associated with this account is the suspect telephone number ending in 0053.  The Recipient Name associated with this account: "Deborah R Harrell", which is

2

Harrell's mother's name.  There were over 280 logins and logouts to this account from IP Address: 216.54.73.164 between April 28, 2023, and August 6, 2023.  As stated, this IP Address was previously identified as belonging to the Virginia Beach Hotel in Virginia Beach, VA.  The account was created on April 28, 2023.

9.     The Google results for ryderdylan***@gmail.com included the same date of birth, Recovery SMS, and Recipient Name.  There were also 140 logins from IP Address: 216.54.73.164 between September 9, 2022, and April 27, 2023.  This account was created on April 26, 2022.

10.     On January 3, 2024, law enforcement obtained a lawful search warrant from the U.S. District Court in the Eastern District of Virginia authorizing the search of these dharrell****@gmail.com and ryderdylan***@gmail.com.  On January 8, 2024, law enforcement received account data from Google for both accounts.

11.     A review of account data for dharrell****@gmail.com noted two copies of the CSAM video described above that was distributed via the Mega.nz link, plus over a dozen additional CSAM videos and images.  An example of one of the CSAM videos is described as follows:

File name: DACAEBC1-3308…20pu.mp4

File length: 24 seconds

File Description: The video depicted a nude black female toddler, approximately one year old, laying on the chest of an adult white male with a dark blanket between them.  Both hands of the adult white male are seen inserting his one finger into the child's vagina repeatedly and rubbing her face as the child screams and cries.  One other person's hand can also be seen briefly in the video.  The adult white male can be heard telling the child that "It's ok" and soothing her as he touches her.

12.     A review of account data for ryderdylan***@gmail.com also resulted in finding images and videos of CSAM.

12. On January 26, 2024, law enforcement served a subpoena to the manager at the Virginia Beach Hotel in Virginia Beach, for records related to the defendant and his mother.

13. On January 29, 2024, law enforcement obtained records that the defendant's mother and a friend had rented a room at the Virginia Beach Hotel since September 2022. On this same day, hotel staff confirmed that the defendant was currently residing at the Virginia Beach Hotel.

14. On February 8, 2024, a search warrant was executed on the defendant's room located at the Virginia Beach Hotel. Law enforcement seized multiple electronic devices to include: a ZTE Blade A3 cellular phone, a LG LGL322DL cellular phone, and a Samsung SM-G955U cellular phone.

15. At the time of the search the defendant was residing at the Virginia Beach Hotel with his mother and his mother's friend. The seized devices belonged to and were only accessed by the defendant.

16. A forensic examination of these devices revealed that all three cellular telephones contained CSAM.

17. The Samsung SM-G955U also contained the Signal application.

18. After FBI Birmingham notified the FBI in Norfolk, Virginia of the defendant's activity, FBI Birmingham discovered that the Signal account operated by the defendant again distributed images of minors engaging in sexually explicit conduct on the Signal group.

19. Specifically, on or about November 19, 2023, the defendant distributed a video file via the Signal application that depicted an adult male having vaginal sex with a prepubescent Asian female child.

4

20.     Prior to the distributing this video, the defendant changed his Signal account username to Dustin H. and changed the account profile picture to a picture of himself.

21.     HARRELL admits and the evidence substantiates that on or about November 19, 2023, in Virginia Beach, Virginia, within the Eastern District of Virginia, and elsewhere, he did knowingly distribute and attempt to distribute a visual depiction using a means and facility of interstate commerce and that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, and knowingly reproduced a visual depiction for distribution using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct        .

22.     This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States.  It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

23.     The actions of the defendant, as recounted above, were in all respects knowing deliberate, and intentional, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: ~~March 7, 2024~~ Apr 19,          By: _____

Matthew J. Heck
Assistant United States Attorney

6

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DUSTIN HARRELL, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DUSTIN HARRELL

I am Amanda Conner, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Amanda Conner., Esq.
Attorney for DUSTIN HARRELL

7